# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                      NO. 4:06CR00326-001 SWW

ODETRIC REMARIO HILL                                                   DEFENDANT

**ORDER**

Before the Court is the government's petition to revoke defendant's supervised release and a request that a summons be issued for the hearing [doc #71] as to the above-named defendant.

A hearing is scheduled on ***FRIDAY, SEPTEMBER 20, 2013 AT 1:00 P.M. in Courtroom #389***, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to issue a summons for ***Odetric Remario Hill***, and the United States Marshal is directed to serve the summons in this matter upon defendant. The Petition (doc #70) is denied as moot and superseded by this Petition.

IT IS SO ORDERED this 5th day of July 2013.

                                                                        /s/Susan Webber Wright
                                                                        UNITED STATES DISTRICT JUDGE